```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ESPERANZA BENCOSNE,

                              **Plaintiff,**                        22-CV-01567 (PGG)(SN)

          -against-                                        <u>ORDER</u>

**BEAUTIFUL PARADISE RESTAURANT CORP., et al.,**

                              **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On May 24, 2022, Plaintiff filed affidavits of service on Defendants Beautiful Paradise Restaurant Corp., Maribella Paradise Restaurant Corp., and Victor Peguero Solano. On July 1, 2022, Plaintiff filed an affidavit of service on Defendant Juan A. Guerra Martinez. As of the issuance of this order, none of the Defendants has filed a notice of appearance, responsive pleading, or any other motion. No later than September 9, 2022, Plaintiff shall file a letter informing the Court whether Plaintiff has been in contact with Defendants or made any efforts to confirm receipt of service. The letter should also state whether Plaintiff intends to move for default judgment.

**SO ORDERED.**

                                                             _____
                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:      New York, New York
                 August 31, 2022