UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESPERANZA BENCOSNE,

           Plaintiff,

-against-

BEAUTIFUL PARADISE RESTAURANT CORP, MARIBELLA PARADISE RESTAURANT CORP., JUAN A. GUERRA MARTINEZ, Individually, and VICTOR PEGUERO SOLANO, Individually,

           Defendant.

**ORDER**

22 Civ. 1567 (PGG) (SN)

PAUL G. GARDEPHE, U.S.D.J.:

        The Complaint in this Fair Labor Standards Act case was filed on February 25, 2022. (Cmplt. (Dkt. No. 1)) On February 28, 2022, this case was referred to Magistrate Judge Sarah Netburn for general pretrial supervision. (Dkt. No. 6) Defendants Beautiful Paradise Restaurant Corp. and Maribella Paradise Restaurant Corp. were served on March 16, 2022. (Affs. of Service (Dkt. Nos. 8–9)) Defendant Victor Peguero Solano was served on March 28, 2022. (Exctd. Smns. (Dkt. No. 10)) Defendant Juan A. Guerra Martinez was served on June 17, 2022. (Aff. Of Service (Dkt. No. 15)) To date, no answers have been filed and no appearances have been entered for Defendants.

        Accordingly, Plaintiff will move for a default judgment by **December 9, 2022**, in accordance with this Court's individual rules. If Plaintiff does not move for a default judgment by December 9, 2022, this case will be dismissed for failure to prosecute.

Dated: New York, New York
       December 2, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge