UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ESPERANZA BENCOSNE,

                             **Plaintiff,**                     22-CV-01567 (PGG)(SN)

        -against-                                     **ORDER**

BEAUTIFUL PARADISE RESTAURANT
CORP., et al.,

                             **Defendants.**

-------------------------------------------------------------X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2023**

**SARAH NETBURN, United States Magistrate Judge:**

       On February 17, 2023, Plaintiff filed its proposed findings of fact and conclusions of law. ECF No. 51. On February 24, 2023, Plaintiff served all defaulting Defendants with a copy of its inquest papers and the inquest scheduling order. ECF No. 53. Pursuant to the Court's scheduling order (ECF No. 47), Defendants' response was due no later than March 27, 2023. Because Defendants have failed to respond, the Court deems the matter fully briefed. The Court will address the matter in due course

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     April 7, 2023
                 New York, New York