UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ESPERANZA BENCOSNE,

                        Plaintiff,

    -against-                                    22 **CIVIL** 1567 (PGG)(SN)

## JUDGMENT

BEAUTIFUL PARADISE RESTAURANT CORP.,
et al.,

                        Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 24, 2025, judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, on Plaintiffs FLSA and NYLL claims, as follows: (1) $13,860 in unpaid minimum wages; (2) $68,973.75 in unpaid overtime wages; (3) $6,630 in spread-of-hours pay; (4) $89,463.75 in liquidated damages in connection with Plaintiffs unpaid minimum wage, overtime, and spread-of-hours pay; (5) $45,707 in pre-judgment interest at the rate of 9%, accruing from June 24, 2019; (6) attorneys' fees in the amount of $2,464; and (7) $402 in costs. Plaintiff is also awarded post-judgment interest. Accordingly, the case is closed.

**Dated:** New York, New York

      February 25, 2025

                                                      **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                         **BY:**

                                                      **Deputy Clerk**